**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 99-6751**

───────────────

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

KATERINE MARSELAS-YOWELL,

                                        Defendant - Appellant.

───────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge.  (CR-97-
085, CA-98-3699-AMD)

───────────────

Submitted:  August 19, 1999          Decided:  August 26, 1999

───────────────

Before WIDENER and KING, Circuit Judges, and PHILLIPS, Senior Cir-
cuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Katerine Marselas-Yowell, Appellant Pro Se.  Lynne Ann Battaglia,
United States Attorney, Joseph Lee Evans, OFFICE OF THE UNITED
STATES ATTORNEY, Baltimore, Maryland, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Katerine Marselas-Yowell appeals the district court's order closing the case. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Marselas-Yowell, Nos. CR-97-085; CA-98-3699-AMD (D. Md. May 19, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED